**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____

Chapter you are filing under:

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☑ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Maria**<br>First Name<br><br>**Alejandra**<br>Middle Name<br><br>**Garcia**<br>Last Name<br><br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First Name<br><br>_____<br>Middle Name<br><br>_____<br>Last Name<br><br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | _____<br>First Name<br><br>_____<br>Middle Name<br><br>_____<br>Last Name | _____<br>First Name<br><br>_____<br>Middle Name<br><br>_____<br>Last Name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 4 9 0 4<br><br>OR<br><br>9xx – xx – ____ ____ ____ ____ | xxx – xx – ____ ____ ____ ____<br><br>OR<br><br>9xx – xx – ____ ____ ____ ____ |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |

**4.  Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and doing business as names

About Debtor 1:

☑ I have not used any business names or EINs.

Business name _____

Business name _____

Business name _____

EIN __ __ – __ __ __ __ __ __ __

EIN __ __ – __ __ __ __ __ __ __

About Debtor 2 (Spouse Only in a Joint Case):

☐ I have not used any business names or EINs.

Business name _____

Business name _____

Business name _____

EIN __ __ – __ __ __ __ __ __ __

EIN __ __ – __ __ __ __ __ __ __

**5.  Where you live**

**1309 Casa Blanca Cv** _____
Number    Street

_____

_____

**Round Rock          TX      78665**
City                        State    ZIP Code

**Williamson**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number    Street _____

P.O. Box _____

City                        State    ZIP Code

If Debtor 2 lives at a different address:

_____
Number    Street

_____

_____

_____
City                        State    ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number    Street _____

P.O. Box _____

City                        State    ZIP Code

**6.  Why you are choosing this district to file for bankruptcy**

_Check one:_

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.)

_Check one:_

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.)

---

**Part 2:    Tell the Court About Your Bankruptcy Case**

---

**7.  The chapter of the Bankruptcy Code you are choosing to file under**

_Check one:_ (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

☑ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No

☑ Yes.

| District | **W.Dt. Texas - Austin** | When | **01/27/2016** | Case number | **16-10096-tmd** |
| | | | MM / DD / YYYY | | |

| District | **W.Dt. Texas - Austin** | When | **10/04/2010** | Case number | **10-12819-cag** |
| | | | MM / DD / YYYY | | |

| District | _____ | When | _____ | Case number | _____ |
| | | | MM / DD / YYYY | | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When _____ | Case number, |
| | | MM / DD / YYYY | if known _____ |

| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When _____ | Case number, |
| | | MM / DD / YYYY | if known _____ |

**11. Do you rent your residence?**

☑ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

     ☐ No. Go to line 12.

     ☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

## Part 3:    Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____
Number     Street

_____

_____  _____  _____
City                               State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4:    Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.   What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property? _____
                     Number     Street

_____

_____  _____  _____
City                               State        ZIP Code

**Part 5:**  **Explain Your Efforts to Receive a Briefing About Credit Counseling**

15. **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any.  If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any.  If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

## Part 6:  Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No.  Go to line 16b.
☑ Yes.  Go to line 17.

16b. **Are your debts primarily business debts?**  *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No.  Go to line 16c.
☐ Yes.  Go to line 17.

16c. State the type of debts you owe that are not consumer or business debts.

_____

**17. Are you filing under Chapter 7?**

☑ No.  I am not filing under Chapter 7.  Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.  I am filing under Chapter 7.  Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Part 7:    Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Maria Alejandra Garcia**                          X _____
Maria Alejandra Garcia, Debtor 1                          Signature of Debtor 2

Executed on **10/01/2018**                                Executed on _____
            MM / DD / YYYY                                                      MM / DD / YYYY

Debtor 1 **Maria Alejandra Garcia**                           Case number (if known) _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X **/s/ Michael Baumer** _____          Date **10/01/2018**
Signature of Attorney for Debtor                              MM / DD / YYYY

**Michael Baumer** _____
Printed name

**Law Office of Michael Baumer** _____
Firm Name

**7600 Burnet Road, Suite 530** _____
Number          Street

_____

_____

**Austin** _____          **TX**          **78757** _____
City                                        State        ZIP Code

Contact phone  **(512) 476-8707** _____          Email address **baumerlaw@baumerlaw.com** _____

**01931920** _____          **TX** _____
Bar number                                        State

Fill in this information to identify your case and this filing:

| Debtor 1 | **Maria** | **Alejandra** | **Garcia** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

1.1.

**1309 Casa Blanca Cv**
Street address, if available, or other description

_____

**Round Rock        TX    78665**
City                State  ZIP Code

**Williamson**
County

**Lot 28, Block A, Lakeside Subdivision,
Section 1
purchased in 2005 for approx
$149,950
2018 Williamson CAD appraisal =
$195,066**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

$214,600.00

**Current value of the portion you own?**

$214,600.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**fee simple**

☐ **Check if this is community property**
(see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................➔**

   | $214,600.00 |
   |---|

### Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☑ No
   ☐ Yes

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any
   entries for pages you have attached for Part 2. Write that number here......................................➔    **$0.00**

## Part 3:   Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe.....   **See continuation page(s).**          **$1,495.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners;
   music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe.....   **See continuation page(s).**          **$450.00**

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
   stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
   canoes and kayaks; carpentry tools; musical instruments

   ☑ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe.....   **See continuation page(s).**          **$500.00**

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems,
    gold, silver

    ☐ No
    ☑ Yes. Describe.....   **costume jewelry**          **$50.00**

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☑ No
    ☐ Yes. Describe.....

**14.** **Any other personal and household items you did not already list, including any health aids you did not list**

  ☑ No
  ☐ Yes. Give specific information.............

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here.................................................................................... ➔

| $2,495.00 |

---

## Part 4:    Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16.** **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

  ☐ No
  ☑ Yes......................................................................................................... Cash: .........................     **$0.00**

**17.** **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

  ☐ No
  ☑ Yes...........................    Institution name:

     17.1.    Checking account:    **Regions Bank**     **$600.00**

**18.** **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

  ☑ No
  ☐ Yes...........................    Institution or issuer name:

**19.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

  ☑ No
  ☐ Yes. Give specific information about them..........................    Name of entity:          % of ownership:

**20.** **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

  ☑ No
  ☐ Yes. Give specific information about them..........................    Issuer name:

**21.** **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

  ☐ No
  ☑ Yes. List each account separately.    Type of account:    Institution name:

     401(k) or similar plan:   **401(k) through employer**     **$46.00**

     Pension plan:    **Texas ERS**     **$565.00**

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes............................     Institution name or individual:

**23. Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes............................     Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes............................     Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes.  Give specific                                                                                      _____
information about them

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes.  Give specific                                                                                      _____
information about them

**27. Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No

☑ Yes.  Give specific     **Texas security license**
information about them                                                                                     _____ $0.00

**Money or property owed to you?**                                                    **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☐ No

☑ Yes.  Give specific information     **Federal: estimated 2018 tax refund.  Amt: $7,500.00**     Federal:_____ **$7,500.00**
about them, including whether
you already filed the returns                                                                       State:_____ **$0.00**
and the tax years.....................
                                                                                                    Local:_____ **$0.00**

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☐ No

☑ Yes.  Give specific information                                                                   Alimony:_____ **$0.00**

**Support: child support**
**current payments = $625/monthly.  Amt: $0.00**                                                     Maintenance:_____ **$0.00**

                                                                                                    Support:_____ **$0.00**

                                                                                                    Divorce settlement:____ **$0.00**

                                                                                                    Property settlement:___ **$0.00**

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
    compensation, Social Security benefits; unpaid loans you made to someone else

    ☐ No
    ☑ Yes. Give specific information **food stamps**                                                        $0.00
    **current benefit = $505 monthly**

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☐ No
    ☑ Yes. Name the insurance
    company of each policy
    and list its value.............  Company name:                    Beneficiary:              Surrender or refund value:

    **homeowners** _____  _____           $0.00

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
    entitled to receive property because someone has died

    ☑ No
    ☐ Yes. Give specific information                                                        _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No
    ☐ Yes. Describe each claim........                                                       _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and
    rights to set off claims**

    ☑ No
    ☐ Yes. Describe each claim........                                                       _____

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes. Give specific information                                                        _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have
    attached for Part 4. Write that number here**.................................................................➔  | $8,711.00 |

---

**Part 5:  Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.
    ☐ Yes. Go to line 38.

                                                                    **Current value of the
                                                                    portion you own?**
                                                                    Do not deduct secured
                                                                    claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No
    ☐ Yes. Describe..                                                                        _____

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones,
    desks, chairs, electronic devices

    ☑ No
    ☐ Yes. Describe..                                                                        _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes.  Describe..                                                                                    _____

41. **Inventory**

☑ No
☐ Yes.  Describe..                                                                                    _____

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe.....  Name of entity:                                    % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

      ☐ No
      ☐ Yes.  Describe.....                                                                           _____

44. **Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5.  Write that number here** ............................................................................ ➔ | $0.00 |

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**<br>**If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

                                                                          **Current value of the portion you own?**
                                                                          Do not deduct secured claims or exemptions.

47. **Farm animals**
_Examples:_ Livestock, poultry, farm-raised fish

☑ No
☐ Yes....                                                                                            _____

48. **Crops--either growing or harvested**

☑ No
☐ Yes.  Give specific
information...............                                                                             _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....                                                                                            _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....                                                                                            _____

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information................                                        _____

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**...................................................................➔ | $0.00 |

---

## Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information.

**54. Add the dollar value of all of your entries from Part 7. Write that number here**.............................➔ | $0.00 |

---

## Part 8:    List the Totals of Each Part of this Form

**55. Part 1: Total real estate, line 2**...............................................................................➔    $214,600.00

**56. Part 2: Total vehicles, line 5**                          $0.00

**57. Part 3: Total personal and household items, line 15**        $2,495.00

**58. Part 4: Total financial assets, line 36**                   $8,711.00

**59. Part 5: Total business-related property, line 45**          $0.00

**60. Part 6: Total farm- and fishing-related property, line 52**  $0.00

**61. Part 7: Total other property not listed, line 54**     +    $0.00

**62. Total personal property.** Add lines 56 through 61...........| $11,206.00 |   Copy personal property total ➔ +   $11,206.00

**63. Total of all property on Schedule A/B.** Add line 55 + line 62.............................................. | $225,806.00 |

6. **Household goods and furnishings (details):**

| | |
|---|---|
| sofas | $300.00 |
| chairs | $50.00 |
| end table | $30.00 |
| coffee table | $20.00 |
| dining table and chairs | $75.00 |
| kitchenware | $75.00 |
| linens | $75.00 |
| beds | $300.00 |
| bed stands | $50.00 |
| dressers | $100.00 |
| desk | $40.00 |
| lamps | $20.00 |
| lawn mower | $20.00 |
| tools | $10.00 |
| stove | $50.00 |
| microwave oven | $10.00 |
| vacuum | $5.00 |
| refrigerator | $75.00 |
| dishwasher | $75.00 |
| dryer | $75.00 |
| small appliances | $20.00 |
| books | $10.00 |
| wall art | $10.00 |

7. **Electronics (details):**

| | |
|---|---|
| television | $100.00 |
| VCR | $5.00 |
| DVD player | $10.00 |
| stereo | $5.00 |
| computers | $200.00 |
| printer | $10.00 |
| cds/dvds | $20.00 |
| iPad | $100.00 |

11.  Clothes (details):

    **women's clothing**                                      **$250.00**

    **girls' clothing**                                           **$250.00**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Maria** | **Alejandra** | **Garcia** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

<u>Official Form 106C</u>

## Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

---

**Part 1:**    **Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?**    *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**1309 Casa Blanca Cv<br>Lot 28, Block A, Lakeside Subdivision, Section 1<br>purchased in 2005 for approx $149,950<br>2018 Williamson CAD appraisal = $195,066**<br>Line from *Schedule A/B*:   **1.1** | $214,600.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1) (Claimed: $0.00<br>100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**sofas**<br>Line from *Schedule A/B*:   **6** | $300.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $300.00<br>100% of fair market value, up to any applicable statutory limit)** |

3. **Are you claiming a homestead exemption of more than $160,375?**

   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐ No

        ☐ Yes

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**chairs**<br><br>Line from *Schedule A/B*:    **6** | **$50.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $50.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**end table**<br><br>Line from *Schedule A/B*:    **6** | **$30.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $30.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**coffee table**<br><br>Line from *Schedule A/B*:    **6** | **$20.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $20.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**dining table and chairs**<br><br>Line from *Schedule A/B*:    **6** | **$75.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $75.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**kitchenware**<br><br>Line from *Schedule A/B*:    **6** | **$75.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $75.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**linens**<br><br>Line from *Schedule A/B*:    **6** | **$75.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $75.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**beds**<br><br>Line from *Schedule A/B*:    **6** | **$300.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $300.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**bed stands**<br><br>Line from *Schedule A/B*:    **6** | **$50.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $50.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**dressers**<br><br>Line from *Schedule A/B*:    **6** | **$100.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $100.00**<br>**100% of fair market value, up to any applicable statutory limit)** |

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **desk** <br> Line from *Schedule A/B*: __6__ | **$40.00** | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $40.00** <br> **100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **lamps** <br> Line from *Schedule A/B*: __6__ | **$20.00** | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $20.00** <br> **100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **lawn mower** <br> Line from *Schedule A/B*: __6__ | **$20.00** | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $20.00** <br> **100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **tools** <br> Line from *Schedule A/B*: __6__ | **$10.00** | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $10.00** <br> **100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **stove** <br> Line from *Schedule A/B*: __6__ | **$50.00** | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $50.00** <br> **100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **microwave oven** <br> Line from *Schedule A/B*: __6__ | **$10.00** | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $10.00** <br> **100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **vacuum** <br> Line from *Schedule A/B*: __6__ | **$5.00** | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $5.00** <br> **100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **refrigerator** <br> Line from *Schedule A/B*: __6__ | **$75.00** | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $75.00** <br> **100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **dishwasher** <br> Line from *Schedule A/B*: __6__ | **$75.00** | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $75.00** <br> **100% of fair market value, up to any applicable statutory limit)** |

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **dryer** <br><br> Line from *Schedule A/B*: __6__ | **$75.00** | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $75.00** <br> **100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **small appliances** <br><br> Line from *Schedule A/B*: __6__ | **$20.00** | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $20.00** <br> **100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **books** <br><br> Line from *Schedule A/B*: __6__ | **$10.00** | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $10.00** <br> **100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **wall art** <br><br> Line from *Schedule A/B*: __6__ | **$10.00** | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $10.00** <br> **100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **television** <br><br> Line from *Schedule A/B*: __7__ | **$100.00** | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $100.00** <br> **100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **VCR** <br><br> Line from *Schedule A/B*: __7__ | **$5.00** | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $5.00** <br> **100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **DVD player** <br><br> Line from *Schedule A/B*: __7__ | **$10.00** | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $10.00** <br> **100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **stereo** <br><br> Line from *Schedule A/B*: __7__ | **$5.00** | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $5.00** <br> **100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **computers** <br><br> Line from *Schedule A/B*: __7__ | **$200.00** | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $200.00** <br> **100% of fair market value, up to any applicable statutory limit)** |

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**printer**<br><br>Line from *Schedule A/B*: __7__ | **$10.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $10.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**cds/dvds**<br><br>Line from *Schedule A/B*: __7__ | **$20.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $20.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**iPad**<br><br>Line from *Schedule A/B*: __7__ | **$100.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $100.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**women's clothing**<br><br>Line from *Schedule A/B*: __11__ | **$250.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $250.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**girls' clothing**<br><br>Line from *Schedule A/B*: __11__ | **$250.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $250.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**costume jewelry**<br><br>Line from *Schedule A/B*: __12__ | **$50.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4) (Claimed: $50.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**cash**<br><br>Line from *Schedule A/B*: __16__ | **$0.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5) (Claimed: $0.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Regions Bank**<br><br>Line from *Schedule A/B*: __17.1__ | **$600.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5) (Claimed: $600.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Texas ERS**<br><br>Line from *Schedule A/B*: __21__ | **$565.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(10)(E) (Claimed: $565.00**<br>**100% of fair market value, up to any applicable statutory limit)** |

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**401(k) through employer**<br>Line from *Schedule A/B:* __21__ | **$46.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(10)(E) (Claimed: $46.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**estimated 2018 tax refund**<br>Line from *Schedule A/B:* __28__ | **$7,500.00** | ☑ **$7,500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**child support<br>current payments = $625/monthly**<br>Line from *Schedule A/B:* __29__ | **$0.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(10)(D) (Claimed: $0.00**<br>**100% of fair market value, up to any applicable statutory limit)** |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:  **Maria Alejandra Garcia**                                    CASE NO

                                                                                    CHAPTER    **13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**
(Values and liens of surrendered property are NOT included in this section)                    Scheme Selected: **Federal**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|------|------|------|------|------|
| 1. | Real property | $214,600.00 | $259,327.24 | $0.00 | $0.00 | $0.00 |
| 3. | Motor vehicles (cars, etc.) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4. | Water/Aircraft, Motor Homes, Rec. veh. and access. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Household goods and furnishings | $1,495.00 | $0.00 | $1,495.00 | $1,495.00 | $0.00 |
| 7. | Electronics | $450.00 | $0.00 | $450.00 | $450.00 | $0.00 |
| 8. | Collectibles of value | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Firearms | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Clothes | $500.00 | $0.00 | $500.00 | $500.00 | $0.00 |
| 12. | Jewelry | $50.00 | $0.00 | $50.00 | $50.00 | $0.00 |
| 13. | Non-farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Unlisted pers. and household items- incl. health aids | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Cash | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Deposits of money | $600.00 | $0.00 | $600.00 | $600.00 | $0.00 |
| 18. | Bonds, mutual funds or publicly traded stocks | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Non-pub. traded stock and int. in businesses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Govt. and corp. bonds and other instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $611.00 | $0.00 | $611.00 | $611.00 | $0.00 |
| 22. | Security deposits and prepayments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interests in an education IRA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Trusts, equit. or future int. (not in line 1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26. | Patents, copyrights, and other intellectual prop. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Licenses, franchises, other general intangibles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Tax refunds owed to you | $7,500.00 | $0.00 | $7,500.00 | $7,500.00 | $0.00 |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:  **Maria Alejandra Garcia**

CASE NO

CHAPTER  **13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 1*

**Exemption Totals by Category:**

Scheme Selected: **Federal**

(Values and liens of surrendered property are NOT included in this section)

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------|--------------------|--------------|--------------------|------------------------|
| 29. | Family support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Other amounts someone owes you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Interests in insurance policies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Any int. in prop. due from someone who has died | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims vs. third parties, even if no demand | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Other contin. and unliq. claims of every nature | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Any financial assets you did not already list | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38. | Accounts rec. or commissions you already earned | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39. | Office equipment, furnishings, and supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40. | Mach., fixt., equip., bus. suppl., tools of trade | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43. | Customer and mailing lists, or other compilations | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Any business-related property not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48. | Crops--either growing or harvested | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Farm/fishing equip., impl., mach., fixt., tools | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50. | Farm and fishing supplies, chemicals, and feed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51. | Farm/commercial fishing-related prop. not listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53. | Any other property of any kind not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$225,806.00** | **$259,327.24** | **$11,206.00** | **$11,206.00** | **$0.00** |

IN RE:  **Maria Alejandra Garcia**                                          CASE NO

                                                                            CHAPTER     **13**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

### Surrendered Property:

The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes
of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| TOTALS: | $0.00 | $0.00 | $0.00 |

### Non-Exempt Property by Item:

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| (None) | | | | |
| **Personal Property** | | | | |
| (None) | | | | |
| TOTALS: | $0.00 | $0.00 | $0.00 | $0.00 |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | $225,806.00 |
| B. Gross Property Value of Surrendered Property | $0.00 |
| C. Total Gross Property Value (A+B) | $225,806.00 |
| D. Gross Amount of Encumbrances (not including surrendered property) | $259,327.24 |
| E. Gross Amount of Encumbrances on Surrendered Property | $0.00 |
| F. Total Gross Encumbrances (D+E) | $259,327.24 |
| G. Total Equity (not including surrendered property)  /  (A-D) | $11,206.00 |
| H. Total Equity in surrendered items  (B-E) | $0.00 |
| I.  Total Equity  (C-F) | $11,206.00 |
| J.  Total Exemptions Claimed          (Wild Card Used: $8,100.00, Available: $5,000.00) | $11,206.00 |
| K.  Total Non-Exempt Property Remaining  (G-J) | $0.00 |

**Fill in this information to identify your case:**

Debtor 1      __Maria__         __Alejandra__        __Garcia__
               First Name            Middle Name         Last Name

Debtor 2
(Spouse, if filing)    First Name            Middle Name         Last Name

United States Bankruptcy Court for the: __WESTERN DISTRICT OF TEXAS__

Case number
(if known)      _____

☐ Check if this is an
    amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

**2.1**

| | | | |
|---|---|---|---|
| **Property Owners' Assoc of Lakeside (Round Rock), Inc**<br>Creditor's name | Describe the property that secures the claim:<br>**1309 Casa Blanca Cv residence** | $2,310.30 | $2,310.30 |

Number    Street
**c/o Associa Hill Country**

**115 Wild Basin Rd, Ste 308**

**Austin**        **TX**    **78746**
City           State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
     **HOA**

**Date debt was incurred**    _____    **Last 4 digits of account number**    __2__   __7__   __7__   __8__

Add the dollar value of your entries in Column A on this page. Write that number here:

| $2,310.30 |
|---|

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Amount of claim Do not deduct the value of collateral | Value of collateral that supports this claim | Unsecured portion If any |

**2.2**

**Property Owners' Assoc of Lakeside (Round Rock), Inc**
Creditor's name
Number    Street
**c/o Associa Hill Country**

**115 Wild Basin Rd, Ste 308**

**Austin              TX    78746**
City                State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred _____

Describe the property that secures the claim:

**1309 Casa Blanca Cv residence**

$3,464.11 | $3,464.11

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [x] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **HOA arrearages**

Last 4 digits of account number    2    7    7    8

**2.3**

**Rushmore Loan Management Svs LL**
Creditor's name
**PO Box 52262**
Number    Street

**Irvine              CA    92619-2262**
City                State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred    **6/2005**

Describe the property that secures the claim:

**1309 Casa Blanca Cv**

$227,020.94 | $214,600.00 | $12,420.94

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Purchase Money**

Last 4 digits of account number    6    7    3    1

Add the dollar value of your entries in Column A on this page.  Write that number here:

| $230,485.05 |
|---|

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

---

**2.4**

**Rushmore Loan Management Svs LL**
Creditor's name
**PO Box 52262**
Number   Street

**Describe the property that secures the claim:**

**1309 Casa Blanca Cv**

Column A: $26,317.00    Column B: $26,317.00

_____

**Irvine**      **CA**    **92619-2262**
City      State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
    **Mortgage arrears**

Date debt was incurred   **Various**     Last 4 digits of account number   **6**   **7**   **3**   **1**

---

**2.5**

**Trinity Financial Services, LLC**
Creditor's name
**2618 San Miguel Dr, Ste 303**
Number   Street

**Describe the property that secures the claim:**

**1309 Casa Blanca Cv**

Column A: $29,996.00    Column B: $214,600.00    Column C: $29,996.00

_____

**Newport Beach**    **CA**    **92660**
City      State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred   **6/2005**     Last 4 digits of account number   **5**   **6**   **7**   **2**

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**     $56,313.00

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**     $289,108.35

## Part 2:    List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1.  For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here.  If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**1**

**John Latham**
Name
**c/o AVT Title Services, LLC**
Number       Street
**1101 Ridge Rd, Ste 222**


**Rockwall**                          **TX**    **75087**
City                                  State   ZIP Code

On which line in Part 1 did you enter the creditor?    **2.3**

Last 4 digits of account number       ___ ___ ___ ___

**2**

**Mackie, Wolf, Zientz, and Mann**
Name
**Parkway Office Center, Suite 900**
Number       Street
**14160 North Dallas Pkwy**


**Dallas**                            **TX**    **75254**
City                                  State   ZIP Code

On which line in Part 1 did you enter the creditor?    **2.3**

Last 4 digits of account number       ___ ___ ___ ___

**3**

**Neimann & Heyer, LLP**
Name
**Westgate Bldg, Suite 313**
Number       Street
**1122 Colorado St**


**Austin**                            **TX**    **78701**
City                                  State   ZIP Code

On which line in Part 1 did you enter the creditor?    **2.1**

Last 4 digits of account number       ___ ___ ___ ___

**4**

**Trinity Financial Services, LLC**
Name
**c/o Registered Agent Solutions, Inc**
Number       Street
**1701 Directors Blvd, Ste 300**


**Austin**                            **TX**    **78744**
City                                  State   ZIP Code

On which line in Part 1 did you enter the creditor?    **2.5**

Last 4 digits of account number       ___ ___ ___ ___

**5**

**Trinity Financial Services, LLC**
Name
**610 Newport Center Dr, Ste 635**
Number       Street


**Newport Beach**                     **CA**    **92660**
City                                  State   ZIP Code

On which line in Part 1 did you enter the creditor?    **2.5**

Last 4 digits of account number       ___ ___ ___ ___

| Part 2: | List Others to Be Notified for a Debt That You Already Listed -- Continuation Page |
|---|---|

**6**

**US Bank National Association**
Name
**c/o Rushmore Loan Management Svc**
Number     Street
**15480 Laguna Cyn Rd, Ste 100**

**Irvine**           **CA**    **92618**
City                 State    ZIP Code

On which line in Part 1 did you enter the creditor?    **2.3**

Last 4 digits of account number    **6**   **7**   **3**   **1**

## Fill in this information to identify your case:

| Debtor 1 | **Maria** | **Alejandra** | **Garcia** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | | **$2,970.00** | **$2,970.00** | **$0.00** |

| | |
|---|---|
| **Law Office of Michael Baumer** | Last 4 digits of account number ___ ___ ___ ___ |
| Priority Creditor's Name | |
| **7600 Burnet Road, Suite 530** | When was the debt incurred? **09/17/2018** |
| Number        Street | |
| _____ | **As of the date you file, the claim is:** Check all that apply. |
| | ☐ Contingent |
| | ☐ Unliquidated |
| **Austin              TX      78757** | ☐ Disputed |
| City                State    ZIP Code | |
| **Who incurred the debt?** Check one. | **Type of PRIORITY unsecured claim:** |
| ☑ Debtor 1 only | ☐ Domestic support obligations |
| ☐ Debtor 2 only | ☐ Taxes and certain other debts you owe the government |
| ☐ Debtor 1 and Debtor 2 only | ☐ Claims for death or personal injury while you were |
| ☐ At least one of the debtors and another | intoxicated |
| ☐ **Check if this claim is for a community debt** | ☑ Other. Specify |
| **Is the claim subject to offset?** | **Attorney fees for this case** |
| ☑ No | |
| ☐ Yes | |

| **Part 2:** | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.

   ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**

   If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  |  | **Total claim** |
|---|---|---|

| 4.1 | | **$1,109.86** |

**Account Discovery Systems**
Nonpriority Creditor's Name
**495 Commerce Dr, Ste 2**
Number        Street



**Amherst**                    **NY      14226**
City                            State      ZIP Code

**Who incurred the debt?**    Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  __  __  __  __

**When was the debt incurred?**    2014

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Acquired from Ace Cash Express**

| 4.2 | | **$740.00** |

**Ace Cash Express #564**
Nonpriority Creditor's Name
**2541 S I-35, Ste 300**
Number        Street



**Round rock**                **TX      78664**
City                            State      ZIP Code

**Who incurred the debt?**    Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    7    0    0    1

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Payday loan**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

**4.3**                                                                                            **$506.00**

**Ad Astra Recovery Services**
Nonpriority Creditor's Name
**8918 W 21 St N.**
Number     Street
**Suite 200, PMB 112**

**Wichita                    KS        67205-1880**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **4   7   2   2**
When was the debt incurred?    **6/2014**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Acquired from Speedy Cash #205**

**4.4**                                                                                            **$530.00**

**Afni Inc**
Nonpriority Creditor's Name
**PO Box 3427**
Number     Street

**Bloomington              IL        61702-3427**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **2   9   5   7**
When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Collection**

**4.5**                                                                                            **$42.22**

**Alterra Pest Control**
Nonpriority Creditor's Name
**8204 N Lamar Blvd, B14**
Number     Street

**Austin                      TX        78753**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?    **2015**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Pest control services**

**Part 2:     Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

| | | Total claim |
|---|---|---|

| 4.6 | | $550.58 |
|---|---|---|

**Approved Money Center**
Nonpriority Creditor's Name
**1700 E Palm Valley #470**
Number        Street

_____

**Round Rock         TX      78664**
City                          State      ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**    2015

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Payday loan**

| 4.7 | | $533.00 |
|---|---|---|

**AT&T Mobility**
Nonpriority Creditor's Name
**PO Box 650574**
Number        Street

_____

**Dallas              TX      75265**
City                          State      ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    8  2  6  4
**When was the debt incurred?**    11/2014

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Cell service**

| 4.8 | | $239.68 |
|---|---|---|

**Bank of America**
Nonpriority Creditor's Name
**PO Box 25118**
Number        Street

_____

**Tampa               FL      33622**
City                          State      ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    2  4  4  9
**When was the debt incurred?**    2016

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **overdraft**

Debtor 1    **Maria Alejandra Garcia**                                        Case number (if known) _____

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |

**4.9**                                                                              **$4,189.30**

**Baylor Scott & White**
Nonpriority Creditor's Name
**PO Box 674350**
Number     Street

**Dallas                TX      75267**
City                   State   ZIP Code

Last 4 digits of account number  __ __ __ __

When was the debt incurred?    **2015**

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Medical**

**4.10**                                                                             **$147.00**

**Benefit Overpayment Collections**
Nonpriority Creditor's Name
**Texas Workforce Commission**
Number     Street
**PO Box 149352**

**Austin                TX      78714-9940**
City                   State   ZIP Code

Last 4 digits of account number  **0  4  0  2**

When was the debt incurred?    **2015**

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **benefit overpayment**

**4.11**                                                                             **$2,052.00**

**Caine & Webber**
Nonpriority Creditor's Name
**PO Box 5010**
Number     Street

**Woodland Hills        CA      91365**
City                   State   ZIP Code

Last 4 digits of account number  **6  1  3  1**

When was the debt incurred?    _____

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Collecting for - Ozarka Waters**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.12 | |
|---|---|

**$562.00**

**Capital Emergency Associates PA**
Nonpriority Creditor's Name
**PO Box 96118**
Number        Street

_____

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Oklahoma City        OK    73143-6118**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**SOL**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **medical**

| 4.13 | |
|---|---|

**$165.00**

**Credit Collections Svc**
Nonpriority Creditor's Name
**PO Box 773**
Number        Street

_____

**Last 4 digits of account number** 9  8  2  5

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Needham        MA    02494**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Acquired from Nationwide Insurance**

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

| 4.14 | | $54.80 |
|---|---|---|

**Disney Movie Club**
Nonpriority Creditor's Name
**PO Box 738**
Number        Street

_____

**Neenah**              **WI**    **54957**
City                   State      ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

| 4.15 | | $8,910.38 |
|---|---|---|

**ECMC**
Nonpriority Creditor's Name
**PO Box 16408**
Number        Street

_____

**St Paul**              **MN**    **55116-0408**
City                   State      ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _6_ _3_ _0_ _3_
**When was the debt incurred?** _7/2012_

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

| 4.16 | | $853.00 |

**Emergency Physicians of Central Texas PA**
Nonpriority Creditor's Name
**PO Box 2283**
Number        Street
_____

**Mansfield              TX      76063-0047**
City                     State    ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**SOL**

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?**    2012

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **medical**

| 4.17 | | $754.00 |

**Enhanced Recovery Corporation**
Nonpriority Creditor's Name
**8014 Bayberry Rd**
Number        Street
_____

**Jacksonville           FL      32256-7412**
City                     State    ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  0  5  8  3
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collecting for - Sprint**

## Part 2:     Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| Total claim |
| --- |

| 4.18 | | $428.00 |
| --- | --- | --- |

**EOS CCA**
Nonpriority Creditor's Name

**700 Longwater Dr**
Number     Street

_____

**Norwell**          **MA     02061**
City                  State     ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**SOL**

**Last 4 digits of account number**    5   2   7   2

**When was the debt incurred?**    8/2012

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Collecting for -AT&T Mobility**

| 4.19 | | $827.19 |
| --- | --- | --- |

**First Cash Credit, Ltd.**
Nonpriority Creditor's Name

**dba First Cash Pawn**
Number     Street

**907 IH-35**

_____

**Round Rock**          **TX     78664**
City                  State     ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    2   2   2   8

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Payday loan**

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

| 4.20 | | $1,893.00 |
|---|---|---|

__Heimer Law Offices PC__
Nonpriority Creditor's Name
__6633 Highway 290 East__
Number          Street
__Suite 205__

__Austin__          __TX__      __78723__
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   ___ ___ ___ ___
**When was the debt incurred?**    __2016__

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify  __Attorney Fees prior case__

| 4.21 | | $210.00 |
|---|---|---|

__IBC Bank__
Nonpriority Creditor's Name
__500 W 5th St, Ste 100__
Number          Street

__Austin__          __TX__      __78701__
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   ___ ___ ___ ___
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify  __Consumer debt__

| 4.22 | | $1,109.86 |
|---|---|---|

__National Credit Adjusters__
Nonpriority Creditor's Name
__PO Box 3023__
Number          Street

__Hutchinson__          __KS__      __67504-3023__
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   _4_ _9_ _0_ _4_
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify  __Acquired from Ace Cash Express__

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.23 | |
| --- | --- |

**Nationwide Credit Inc**
Nonpriority Creditor's Name
**PO Box 26314**
Number        Street

**$205.53**

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?**    **2015**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Lehigh Valley**        **PA**    **18002-6314**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Acquired from QVC**

| 4.24 | |
| --- | --- |

**Nelnet**
Nonpriority Creditor's Name
**PO Box 82561**
Number        Street

**$7,374.00**

**Last 4 digits of account number**    **2  2  2  4**
**When was the debt incurred?**    **1996-7**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Lincoln**                **NE**    **68501-2561**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

| 4.25 | |
| --- | --- |

**Quantum3 Group LLC**
Nonpriority Creditor's Name
**PO Box 788**
Number        Street

**$832.75**

**Last 4 digits of account number**    **2  3  4  3**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Kirkland**                **WA**    **98083-0788**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Acquired from Advance America**

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
|---|---|

---

**4.26**

| | |
|---|---|
| | **$1,981.00** |

**Round Rock Hospital**
Nonpriority Creditor's Name
**PO Box 99400**
Number        Street

_____

**Louisville**          **KY**      **40269**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   ___ ___ ___ ___

**When was the debt incurred?**    2015

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical**

---

**4.27**

| | |
|---|---|
| | **$6,338.00** |

**Seton Medical Center**
Nonpriority Creditor's Name
**PO Box 204398**
Number        Street

_____

**Dallas**             **TX**      **75320-4398**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   ___ ___ ___ ___

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical**

---

**4.28**

| | |
|---|---|
| | **$324.00** |

**Small Smiles Dentistry**
Nonpriority Creditor's Name
**619 Heatherwilde Blvd**
Number        Street

_____

**Pflugerville**          **TX**      **78660**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   ___ ___ ___ ___

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical**

Debtor 1  **Maria Alejandra Garcia**                Case number (if known) _____

## Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

**4.29** | | **$200.00**

**Star of Texas Financial Solutions**
Nonpriority Creditor's Name
**1715 South Mays St, Ste C**
Number        Street

**Round Rock          TX      78664**
City                    State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___
**When was the debt incurred?**   **9/22/2018**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify  **Payday loan**

**4.30** | | **$152.00**

**Transworld Systems Inc.**
Nonpriority Creditor's Name
**507 Prudential Rd.**
Number        Street

**Horsham          PA      19044**
City                    State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___
**When was the debt incurred?**   **2015**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify  **Acquired from Extraco Financial Grp**

**4.31** | | **$149.96**

**United Recovery Systems**
Nonpriority Creditor's Name
**5800 North Course Dr.**
Number        Street

**Houston          TX      77072**
City                    State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___
**When was the debt incurred?**   **2014**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify  **Acquired from Regions Bank**

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

| | Total claim |

| 4.32 |

$17,119.65

__US Dept of Education__
Nonpriority Creditor's Name
__c/o FedLoan Servicing__
Number     Street
__PO Box 69184__

_____

__Harrisburg           PA     17106-9184__
City                         State     ZIP Code

**Who incurred the debt?**     Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**     __ __   __ __   __ __   __ __

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other.  Specify

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.
    For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original
    creditor in Parts 1 or 2, then list the collection agency here.  Similarly, if you have more than one creditor for any of the
    debts that you listed in Parts 1 or 2, list the additional creditors here.  If you do not have additional parties to be notified for
    any debts in Parts 1 or 2, do not fill out or submit this page.

__Advance America__
Name
__2110 Pecan St, Ste 103__
Number       Street

__Plugerville__       __TX__    __78660__
City              State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   __4.25__   of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                      ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __ __ __ __

__Afni Inc__
Name
__PO Box 3427__
Number       Street

__Bloomington__       __IL__    __61702-3427__
City              State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   __4.7__   of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                      ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __8__ __2__ __6__ __4__

__Bastion Funding TX1, LLC__
Name
__One Atlantic St., 6th Fl__
Number       Street

__Stamford__       __CT__    __06901__
City              State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   __4.2__   of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                      ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __7__ __0__ __0__ __1__

__Convergent Outsourcing__
Name
__800 SW 39th St__
Number       Street

__Renton__       __WA__    __98057__
City              State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   ____   of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
__Collecting for - Regions__     ☐ Part 2: Creditors with Nonpriority Unsecured Claims
__Bank__

Last 4 digits of account number   __ __ __ __ __ __ __

__Financial Control Svc__
Name
__6801 Sanger Ave, Ste 195__
Number       Street

__Waco__       __TX__    __76710__
City              State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   __4.16__   of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                      ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __ __ __ __

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page**

**IC System Inc**
Name
**PO Box 64378**
Number        Street



**St Paul**              **MN**    **55164-0378**
City                    State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.27**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **0**   **0**   **0**   **1**

---

**Integrity Texas Funding LP**
Name
**84 Villa Road**
Number        Street



**Greenville**          **SC**    **29615**
City                    State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.19**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___  ___  ___  ___

---

**Medical Business Bureau**
Name
**1460 Renaissance Dr, Ste 400**
Number        Street



**Park Ridge**          **IL**    **60068**
City                    State     ZIP Code

**SOL**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.12**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___  ___  ___  ___

---

**NCP Finance Limited Partnership**
Name
**205 Sugar Camp Circle, Dept EZ**
Number        Street



**Dayton**              **OH**    **45409**
City                    State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  _____  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___  ___  ___  ___

---

**NPAS Solutions, LLC**
Name
**PO Box 33188**
Number        Street



**Louisville**          **KY**    **40232**
City                    State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.26**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___  ___  ___  ___

---

**QVC**
Name
**1200 Wilson Dr**
Number        Street



**Westchester**         **PA**    **19380**
City                    State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.23**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___  ___  ___  ___

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Regions Bank**
Name
**PO Box 10247**
Number        Street


**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.31**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Birmingham          AL      35202-0247**
City                          State    ZIP Code


**Tam/Spears Dewitt & Hall Collections**
Name
**4115 Medical Dr**
Number        Street


**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.21**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   **5   6   9   8**

**San Antonio          TX      78229**
City                          State    ZIP Code

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |

6.   Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only.
     28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
|  | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. + | $2,970.00 |
|  | 6e. | **Total.**  Add lines 6a through 6d. | 6d. | $2,970.00 |

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $33,404.03 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
|  | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. + | $27,679.73 |
|  | 6j. | **Total.**  Add lines 6f through 6i. | 6j. | $61,083.76 |

**Fill in this information to identify your case:**

Debtor 1     **Maria**        **Alejandra**       **Garcia**

               First Name            Middle Name            Last Name

Debtor 2

(Spouse, if filing)   First Name            Middle Name            Last Name

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number

(if known)       _____

☐ Check if this is an
    amended filing

<u>Official Form 106G</u>

## Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page.
On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

    ☑   **No.** Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

    ☐   **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease
is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of
executory contracts and unexpired leases.

     **Person or company with whom you have the contract or lease**        **State what the contract or lease is for**

**Fill in this information to identify your case:**

Debtor 1      **Maria**        **Alejandra**        **Garcia**
                  First Name             Middle Name           Last Name

Debtor 2
(Spouse, if filing)   First Name             Middle Name           Last Name

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106H

## Schedule H: Your Codebtors          12/15

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1. **Do you have any codebtors?**     (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☒ No

   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No. Go to line 3.

   ☒ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

        ☒ No

        ☐ Yes

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

   *Column 1:* **Your codebtor**                          *Column 2:* **The creditor to whom you owe the debt**

                                                          Check all schedules that apply:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Maria** | **Alejandra** | **Garcia** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** | | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:     Describe Employment

**1.   Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|---|
| | **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | **Occupation** | **Operations Specialist** | |
| | **Employer's name** | **Texas Dept of Motor Vehicles** | |
| | **Employer's address** | **4000 Jackson Ave.**<br>Number  Street | Number  Street |
| | | | |
| | | **Austin          TX    78731**<br>City          State    Zip Code | City          State    Zip Code |
| | **How long employed there?** | **7/2018** | |

## Part 2:     Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$2,650.00** | |
| **3.** | Estimate and list monthly overtime pay. | 3. + | **$0.00** | |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | **$2,650.00** | |

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|

Copy line 4 here ............................................................. ➔  4.  **$2,650.00**  _____

5. **List all payroll deductions:**

| | | | |
|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. **$307.19** | _____ |
| 5b. | Mandatory contributions for retirement plans | 5b. **$226.00** | _____ |
| 5c. | Voluntary contributions for retirement plans | 5c. **$23.00** | _____ |
| 5d. | Required repayments of retirement fund loans | 5d. **$0.00** | _____ |
| 5e. | Insurance | 5e. **$16.00** | _____ |
| 5f. | Domestic support obligations | 5f. **$0.00** | _____ |
| 5g. | Union dues | 5g. **$0.00** | _____ |
| 5h. | Other deductions.<br>Specify: _____ | 5h. **+ $0.00** | _____ |

6. **Add the payroll deductions.**    Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.    6.  **$572.19**    _____

7. **Calculate total monthly take-home pay.**    Subtract line 6 from line 4.    7.  **$2,077.81**    _____

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**    8a.  **$0.00**    _____

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

8b. **Interest and dividends**    8b.  **$0.00**    _____

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**    8c.  **$625.00**    _____

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

8d. **Unemployment compensation**    8d.  **$0.00**    _____

8e. **Social Security**    8e.  **$0.00**    _____

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

Specify: _____    8f.  **$0.00**    _____

8g. **Pension or retirement income**    8g.  **$0.00**    _____

8h. **Other monthly income.**
Specify: **2nd job**    8h.  **+ $300.00**    _____

9. **Add all other income.**    Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.    9.  **$925.00**    _____

10. **Calculate monthly income.**    Add line 7 + line 9.    10.  **$3,002.81**  **+**  _____  **=**  **$3,002.81**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____    11.  **+**  **$0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.    12.  **$3,002.81**
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain:    **Food stamps will end now that debtor is employed full-time.**

1.    **Additional Employers**    <u>Debtor 1</u>                                    <u>Debtor 2 or non-filing spouse</u>

|                          | Debtor 1 |       |          | Debtor 2 or non-filing spouse |       |          |
|--------------------------|----------|-------|----------|-------------------------------|-------|----------|
| **Occupation**           | Sales clerk |    |          |                               |       |          |
| **Employer's name**      | The Gap  |       |          |                               |       |          |
| **Employer's address**   | Two Folsom |     |          |                               |       |          |
|                          | San Francisco | CA | 94105 |                            |       |          |
|                          | City     | State | Zip Code | City                          | State | Zip Code |

**How long employed there?**    <u>5/2018</u>

| Debtor 1 | **Maria** | **Alejandra** | **Garcia** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 (Spouse, if filing) | | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __WESTERN DISTRICT OF TEXAS__

Case number (if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses                                              12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:        Describe Your Household

**1.    Is this a joint case?**

☑ No. Go to line 2.

☐ Yes. **Does Debtor 2 live in a separate household?**

☐ No

☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

**2.    Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No

☑ Yes. Fill out this information for each dependent..................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| __daughter__ | __17__ | ☐ No ☑ Yes |
| __daughter__ | __9__ | ☐ No ☑ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

**3.    Do your expenses include expenses of people other than yourself and your dependents?**

☑ No
☐ Yes

## Part 2:        Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

**4.    The rental or home ownership expenses for your residence.**
Include first mortgage payments and any rent for the ground or lot.

4. _____

If not included in line 4:

4a.    Real estate taxes                                4a. _____

4b.    Property, homeowner's, or renter's insurance       4b. _____

4c.    Home maintenance, repair, and upkeep expenses      4c. _____ **$100.00**

4d.    Homeowner's association or condominium dues         4d. _____

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | **$100.00** |
| | 6b. Water, sewer, garbage collection | 6b. | **$110.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$92.00** |
| | 6d. Other. Specify: _____ | 6d. | |
| 7. | **Food and housekeeping supplies** | 7. | **$700.00** |
| 8. | **Childcare and children's education costs** | 8. | |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$160.00** |
| 10. | **Personal care products and services** | 10. | **$65.00** |
| 11. | **Medical and dental expenses** | 11. | **$65.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$150.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$100.00** |
| 14. | **Charitable contributions and religious donations** | 14. | |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | |
| | 15b. Health insurance | 15b. | |
| | 15c. Vehicle insurance | 15c. | **$95.00** |
| | 15d. Other insurance. Specify: _____ | 15d. | |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | |
| | 17b. Car payments for Vehicle 2 | 17b. | |
| | 17c. Other. Specify: _____ | 17c. | |
| | 17d. Other. Specify: _____ | 17d. | |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | |

**20.** **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | |
|---|---|---|
| 20a. | Mortgages on other property | 20a. _____ |
| 20b. | Real estate taxes | 20b. _____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. _____ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. _____ |
| 20e. | Homeowner's association or condominium dues | 20e. _____ |

**21.** **Other.** Specify:  **school supplies, activities** _____    21. + _____ **$100.00**

**22.** **Calculate your monthly expenses.**

| | | |
|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. **$1,837.00** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. _____ |
| 22c. | Add line 22a and 22b.  The result is your monthly expenses. | 22c. **$1,837.00** |

**23.** **Calculate your monthly net income.**

| | | |
|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. **$3,002.81** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. − **$1,837.00** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. **$1,165.81** |

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☑ Yes. | Explain here:
**Debtor is currently driving sister's car and will eventually have to buy a car.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Maria** | **Alejandra** | **Garcia** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1:  Summarize Your Assets

**Your assets**
Value of what you own

1.  *Schedule A/B: Property* (Official Form 106A/B)

    1a.  Copy line 55, Total real estate, from Schedule A/B....................................................    **$214,600.00**

    1b.  Copy line 62, Total personal property, from Schedule A/B.....................................    **$11,206.00**

    1c.  Copy line 63, Total of all property on Schedule A/B...............................................    **$225,806.00**

## Part 2:  Summarize Your Liabilities

**Your liabilities**
Amount you owe

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
    2a.  Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D.....    **$289,108.35**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
    3a.  Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.....................................    **$2,970.00**

    3b.  Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................. **+**    **$61,083.76**

**Your total liabilities**    **$353,162.11**

## Part 3:  Summarize Your Income and Expenses

4.  *Schedule I: Your Income* (Official Form 106I)
    Copy your combined monthly income from line 12 of Schedule I................................................................    **$3,002.81**

5.  *Schedule J: Your Expenses* (Official Form 106J)
    Copy your monthly expenses from line 22c of Schedule J........................................................................    **$1,837.00**

## Part 4:  Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐  No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑  Yes

7.  **What kind of debt do you have?**

☑  **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☐  **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8.  From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

| $2,046.13 |

9.  Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

**Total claim**

From Part 4 on *Schedule E/F,* copy the following:

9a.  Domestic support obligations.  (Copy line 6a.)  **$0.00**

9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.)  **$0.00**

9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)  **$0.00**

9d.  Student loans.  (Copy line 6f.)  **$33,404.03**

9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)  **$0.00**

9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)  **+ $0.00**

9g.  **Total.**  Add lines 9a through 9f.  **$33,404.03**

| Debtor 1 | **Maria** | **Alejandra** | **Garcia** |
|----------|-----------|---------------|------------|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|----------|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Maria Alejandra Garcia** _____    X _____
    Maria Alejandra Garcia, Debtor 1                  Signature of Debtor 2

   Date  **10/01/2018** _____            Date _____
        MM / DD / YYYY                          MM / DD / YYYY

| Debtor 1 | **Maria** | **Alejandra** | **Garcia** |
|----------|-----------|---------------|------------|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|----------|--|--|--|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/16

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

## Part 1:          Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**
    ☐ Married
    ☑ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**
    ☑ No
    ☐ Yes.  List all of the places you lived in the last 3 years.  Do not include where you live now.

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
    *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
    ☑ No
    ☐ Yes.  Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2:    Explain the Sources of Your Income

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes.  Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $7,669.77 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the last calendar year:**<br>(January 1 to December 31, __2017__ )<br><span style="font-size:smaller">YYYY</span> | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $14,132.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, __2016__ )<br><span style="font-size:smaller">YYYY</span> | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $10,691.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

**5.    Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable.  Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings.  If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately.  Do not include income that you listed in line 4.

☐ No
☑ Yes.  Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | food stamps<br>child support | $5,265.00<br>$5,625.00 | | |
| **For the last calendar year:**<br>(January 1 to December 31, __2017__ )<br><span style="font-size:smaller">YYYY</span> | unemployment<br>interest income<br>retirement distribution<br>Child support<br>food stamps | $1,819.00<br>$500.00<br>$74.00<br>$7,500.00<br>$3,510.00 | | |
| **For the calendar year before that:**<br>(January 1 to December 31, __2016__ )<br><span style="font-size:smaller">YYYY</span> | unemployment<br>retirement distributions<br>food stamps | $3,617.00<br>$255.00<br>$3,510.00 | | |

Debtor 1    **Maria Alejandra Garcia**    Case number (if known) _____

child support _____    $7,500.00   _____  _____

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

**7.    Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic support obligations such as child support and alimony.

☑ No
☐ Yes.  List all payments to an insider.

**8.    Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes.  List all payments that benefited an insider.

## Part 4:    Identify Legal Actions, Repossessions, and Foreclosures

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☒ No
    ☐ Yes.  Fill in the details.

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☒ No.  Go to line 11.
    ☐ Yes.  Fill in the information below.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☒ No
    ☐ Yes.  Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ☒ No
    ☐ Yes

## Part 5:    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ☒ No
    ☐ Yes.  Fill in the details for each gift.

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

    ☒ No
    ☐ Yes.  Fill in the details for each gift or contribution.

## Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

    ☒ No
    ☐ Yes.  Fill in the details.

## Part 7:    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Law Office of Michael Baumer** <br> Person Who Was Paid | | | |
| **7600 Burnet Road, Suite 530** <br> Number   Street | | **09/17/2018** | **$130.00** |
| | | **10/1/2018** | **$800.00** |
| **Austin**     **TX**    **78757** <br> City       State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Green Path Inc** <br> Person Who Was Paid | **credit counseling** | | |
| Number   Street | | **9/2018** | **$40.00** |
| City       State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

**18.** **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

**19.** **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**    (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

---

**Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

---

**20.** **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| __Wells Fargo Bank_____<br>Name of Financial Institution<br>__PO Box 6995_____<br>Number    Street<br><br>_____<br>__Portland_____ __OR__ __97228__<br>City        State    ZIP Code | XXXX- _6_ _7_ _3_ _0_ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | __9/24/2018__ | __$0.38__ |

**21.** **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

**22.** **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

Debtor 1    **Maria Alejandra Garcia**                                    Case number (if known) _____

## Part 9:    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
☑ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **Rosalinda Garza**<br>Owner's Name | | **2003 Mitsubishi Montero with over 150,000 miles.** | **$3,500.00** |
| **1304 Casa Blanca**<br>Number    Street | **1309 Casa Blanca Cove**<br>Number    Street | | |
| **Round Rock      TX    78665**<br>City                State   ZIP Code | **Round Rock      TX    78665**<br>City                State   ZIP Code | | |

## Part 10:    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Fill in the details.

25. **Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes.  Fill in the details.

26. **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

☑ No
☐ Yes.  Fill in the details.

**Part 11:    Give Details About Your Business or Connections to Any Business**

27.  **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐  A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐  A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐  A partner in a partnership
☐  An officer, director, or managing executive of a corporation
☐  An owner of at least 5% of the voting or equity securities of a corporation

☑  No.  None of the above applies.  Go to Part 12.
☐  Yes.  Check all that apply above and fill in the details below for each business.

28.  **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

☐  No
☐  Yes.  Fill in the details below.

## Part 12:   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Maria Alejandra Garcia**            X _____

    Maria Alejandra Garcia, Debtor 1                Signature of Debtor 2

    Date    __**10/01/2018**__                Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.   Name of person _____    Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

IN RE: **Maria Alejandra Garcia**                                        CASE NO

                                                                        CHAPTER    **13**

## VERIFICATION OF CREDITOR MATRIX

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  10/1/2018 _____                Signature  __/s/ Maria Alejandra Garcia_____
                                                                        *Maria Alejandra Garcia*


Date _____                Signature _____

Account Discovery Systems
495 Commerce Dr, Ste 2
Amherst, NY 14226


Ace Cash Express #564
2541 S I-35, Ste 300
Round rock, tX 78664


Ad Astra Recovery Services
8918 W 21 St N.
Suite 200, PMB 112
Wichita, KS 67205-1880


Advance America
2110 Pecan St, Ste 103
Plugerville, TX 78660


Afni Inc
PO Box 3427
Bloomington, IL 61702-3427


Alterra Pest Control
8204 N Lamar Blvd, B14
Austin, TX 78753


Approved Money Center
1700 E Palm Valley #470
Round Rock, TX 78664


AT&T Mobility
PO Box 650574
Dallas, TX 75265


Bank of America
PO Box 25118
Tampa, FL 33622

Bastion Funding TX1, LLC
One Atlantic St., 6th Fl
Stamford, CT 06901


Baylor Scott & White
PO Box 674350
Dallas, TX 75267


Benefit Overpayment Collections
Texas Workforce Commission
PO Box 149352
Austin, TX 78714-9940


Caine & Webber
PO Box 5010
Woodland Hills, CA 91365


Capital Emergency Associates PA
PO Box 96118
Oklahoma City, OK 73143-6118


Convergent Outsourcing
800 SW 39th St
Renton, WA 98057


Credit Collections Svc
PO Box 773
Needham, MA 02494


Disney Movie Club
PO Box 738
Neenah, WI 54957


ECMC
PO Box 16408
St Paul, MN 55116-0408

Emergency Physicians of Central Texas PA
PO Box 2283
Mansfield, TX 76063-0047


Enhanced Recovery Corporation
8014 Bayberry Rd
Jacksonville, FL 32256-7412


EOS CCA
700 Longwater Dr
Norwell, MA 02061


Financial Control Svc
6801 Sanger Ave, Ste 195
Waco, TX 76710


First Cash Credit, Ltd.
dba First Cash Pawn
907 IH-35
Round Rock, TX 78664


Heimer Law Offices PC
6633 Highway 290 East
Suite 205
Austin, TX 78723


IBC Bank
500 W 5th St, Ste 100
Austin, TX 78701


IC System Inc
PO Box 64378
St Paul, MN 55164-0378


Integrity Texas Funding LP
84 Villa Road
Greenville, SC 29615

John Latham
c/o AVT Title Services, LLC
1101 Ridge Rd, Ste 222
Rockwall, TX 75087


Mackie, Wolf, Zientz, and Mann
Parkway Office Center, Suite 900
14160 North Dallas Pkwy
Dallas, TX 75254


Medical Business Bureau
1460 Renaissance Dr, Ste 400
Park Ridge, IL 60068


National Credit Adjusters
PO Box 3023
Hutchinson, KS 67504-3023


Nationwide Credit Inc
PO Box 26314
Lehigh Valley, PA 18002-6314


NCP Finance Limited Partnership
205 Sugar Camp Circle, Dept EZ
Dayton, OH 45409


Neimann & Heyer, LLP
Westgate Bldg, Suite 313
1122 Colorado St
Austin, TX 78701


Nelnet
PO Box 82561
Lincoln, NE 68501-2561


NPAS Solutions, LLC
PO Box 33188
Louisville, KY 40232

Property Owners' Assoc of Lakeside
     (Round Rock), Inc
c/o Associa Hill Country
115 Wild Basin Rd, Ste 308
Austin, TX 78746

Property Owners' Assoc of Lakeside
     (Round Rock), Inc
c/o Associa Hill Country
115 Wild Basin Rd, Ste 308
Austin, TX 78746

Quantum3 Group LLC
PO Box 788
Kirkland, WA 98083-0788


QVC
1200 Wilson Dr
Westchester, PA 19380


Regions Bank
PO Box 10247
Birmingham, AL 35202-0247


Round Rock Hospital
PO Box 99400
Louisville, KY 40269


Rushmore Loan Management Svs LLC
PO Box 52262
Irvine, CA 92619-2262


Seton Medical Center
PO Box 204398
Dallas, TX 75320-4398


Small Smiles Dentistry
619 Heatherwilde Blvd
Pflugerville, TX 78660

Star of Texas Financial Solutions
1715 South Mays St, Ste C
Round Rock, TX 78664


Tam/Spears Dewitt & Hall Collections
4115 Medical Dr
San Antonio, TX 78229


Transworld Systems Inc.
507 Prudential Rd.
Horsham, PA 19044


Trinity Financial Services, LLC
2618 San Miguel Dr, Ste 303
Newport Beach, CA 92660


Trinity Financial Services, LLC
610 Newport Center Dr, Ste 635
Newport Beach, CA 92660


Trinity Financial Services, LLC
c/o Registered Agent Solutions, Inc
1701 Directors Blvd, Ste 300
Austin, TX 78744


United Recovery Systems
5800 North Course Dr.
Houston, TX 77072


US Bank National Association
c/o Rushmore Loan Management Svc
15480 Laguna Cyn Rd, Ste 100
Irvine, CA 92618


US Dept of Education
c/o FedLoan Servicing
PO Box 69184
Harrisburg, PA 17106-9184

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

**Fill in this information to identify your case:**

| Debtor 1 | **Maria** | **Alejandra** | **Garcia** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Debtor 2
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)  _____

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

☑ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

_____

☑ 3. The commitment period is 3 years.

☐ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

## Official Form 122C-1

# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

| Part 1: | Calculate Your Average Monthly Income |
|---|---|

**1.   What is your marital and filing status?** Check one only.

☑   **Not married.** Fill out Column A, lines 2-11.

☐   **Married.** Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  |  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| **2.** | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $836.63 | |
| **3.** | **Alimony and maintenance payments.** Do not include payments from a spouse. | $624.50 | |
| **4.** | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $585.00 | |
| **5.** | **Net income from operating a business, profession, or farm** | | |

|  | Debtor 1 | Debtor 2 |  |
|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | | |
| Ordinary and necessary operating expenses | −  $0.00 | − | |
| Net monthly income from a business, profession, or farm | $0.00 | Copy here ➔  $0.00 | |

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**6. Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | Column A | Column B |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | _____ | | | |
| Ordinary and necessary operating expenses | − $0.00 | − _____ | | | |
| Net monthly income from rental or other real property | $0.00 | _____ | Copy here ➜ | $0.00 | _____ |

**7. Interest, dividends, and royalties**     $0.00    _____

**8. Unemployment compensation**     $0.00    _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act.  Instead, list it here: ................⬇

For you........................................................................... $0.00

For your spouse.....................................................

**9. Pension or retirement income.**  Do not include any amount received that was a benefit under the Social Security Act.     $0.00    _____

**10. Income from all other sources not listed above.**  Specify the source and amount.  Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism.  If necessary, list other sources on a separate page and put the total below.

_____    _____    _____

_____    _____    _____

Total amounts from separate pages, if any.    + _____    + _____

**11. Calculate your total average monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

$2,046.13   +   _____   =   **$2,046.13**

**Total average monthly income**

---

**Part 2:    Determine How to Measure Your Deductions from Income**

**12.** Copy your total average monthly income from line 11. ............................................................................................. $2,046.13

**13. Calculate the marital adjustment.**  Check one:

☑ You are not married.  Fill in 0 below.

☐ You are married and your spouse is filing with you.  Fill in 0 below.

☐ You are married and your spouse is not filing with you.
Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.
Below, specify the basis for excluding this income and the amount of income devoted to each purpose.  If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

_____    _____

_____    _____

_____   + _____

Total............................................................... $0.00   Copy here ➜   −   $0.00

**14. Your current monthly income.**  Subtract the total in line 13 from line 12.     **$2,046.13**

**15. Calculate your current monthly income for the year.** Follow these steps:

15a. Copy line 14 here ➡ .....................................................................................    **$2,046.13**

      Multiply line 15a by 12 (the number of months in a year).        **X    12**

15b. The result is your current monthly income for the year for this part of the form. ..............    **$24,553.56**

**16. Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live.         **Texas**

16b. Fill in the number of people in your household.         **3**

16c. Fill in the median family income for your state and size of household.............................    **$69,294.00**
      To find a list of applicable median income amounts, go online using the link specified in the separate
      instructions for this form. This list may also be available at the bankruptcy clerk's office.

**17. How do the lines compare?**

17a. ☑ Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined
        under 11 U.S.C. § 1325(b)(3).* **Go to Part 3.** Do NOT fill out Calculation of Your Disposable Income (Official Form 122C-2).

17b. ☐ Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under
        11 U.S.C. § 1325(b)(3).* **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C-2).**
        On line 39 of that form, copy your current monthly income from line 14 above.

---

**Part 3:    Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)**

**18. Copy your total average monthly income from line 11.** ..................................................    **$2,046.13**

**19. Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend
that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's
income, copy the amount from line 13.

19a. If the marital adjustment does not apply, fill in 0 on line 19a. ...................................... **−**    **$0.00**

19b. **Subtract line 19a from line 18.**         **$2,046.13**

**20. Calculate your current monthly income for the year.** Follow these steps:

20a. Copy line 19b ........................................................................................................    **$2,046.13**

      Multiply by 12 (the number of months in a year).        **X    12**

20b. The result is your current monthly income for the year for this part of the form.    **$24,553.56**

20c. Copy the median family income for your state and size of household from line 16c. ..................    **$69,294.00**

**21. How do the lines compare?**

☑ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form,
    check box 3, *The commitment period is 3 years.* Go to Part 4.

☐ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1
    of this form, check box 4, *The commitment period is 5 years.* Go to Part 4.

Debtor 1    **Maria Alejandra Garcia**                                    Case number (if known) _____

**Part 4:    Sign Below**

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X **/s/ Maria Alejandra Garcia**                              X _____
Maria Alejandra Garcia, Debtor 1                                Signature of Debtor 2

Date **10/1/2018**                                              Date _____
    MM / DD / YYYY                                                    MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 122C-2.

If you checked 17b, fill out Form 122C-2 and file it with this form.  On line 39 of that form, copy your current monthly income from line 14 above.

# Current Monthly Income Calculation Details

In re: **Maria Alejandra Garcia**

Case Number:

Chapter: **13**

## 2. Gross wages, salary, tips, bonuses, overtime and commissions.

| Debtor or Spouse's Income | Description (if available) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 6 Months Ago | 5 Months Ago | 4 Months Ago | 3 Months Ago | 2 Months Ago | Last Month | Avg. Per Month |
| **Debtor** | **wages - DMV** | | | | | | |
| | $0.00 | $0.00 | $0.00 | $0.00 | $1,445.45 | $2,624.80 | **$678.38** |
| **Debtor** | **wages - The Gap** | | | | | | |
| | $0.00 | $0.00 | $0.00 | $214.85 | $400.16 | $334.51 | **$158.25** |

## 3. Alimony and maintenance payments.

| Debtor or Spouse's Income | Description (if available) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 6 Months Ago | 5 Months Ago | 4 Months Ago | 3 Months Ago | 2 Months Ago | Last Month | Avg. Per Month |
| **Debtor** | **child support** | | | | | | |
| | $625.00 | $625.00 | $625.00 | $625.00 | $622.00 | $625.00 | **$624.50** |

## 4. All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.

| Debtor or Spouse's Income | Description (if available) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 6 Months Ago | 5 Months Ago | 4 Months Ago | 3 Months Ago | 2 Months Ago | Last Month | Avg. Per Month |
| **Debtor** | **food stamps** | | | | | | |
| | $585.00 | $585.00 | $585.00 | $585.00 | $585.00 | $585.00 | **$585.00** |

IN THE UNITED STATES BANKRUPTCY COURT

FOR WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

IN RE:

Maria Alejandra Garcia

CHAPTER 13

**<u>RULE 2016(B) DISCLOSURE OF COMPENSATION FOR ATTORNEY FOR DEBTORS</u>**

This is our agreement regarding this firm's representation of you in a Chapter 13 bankruptcy case. We generally charge a "flat fee" for this type of representation for basic agreed upon services . This fee includes attorney and legal assistant time and routine out of pocket expenses (long distance, copies, postage, faxes).

**Total Attorney Fees: $3,900.00**
**Total Attorney Fees Paid: $930.00**
**Balance due under the plan: $2,970.00**

The fee for your case will be between $3,600.00 and $3,900.00, which is the standard court approved fee for a basic consumer Chapter 13 case, plus a filing fee of $310.00, the debt counseling/personal financial management class fee ($40.00 except if you choose to do the education over the telephone rather than online, $60.00), and tax transcript fee of $20.00. If your case is confirmed at the first hearing set in your case, our fee will be $3,900.00. If it is not confirmed at the first hearing, our fee will be $3,600.00. (Total of fees and expenses is $3,970.00, unless your case is confirmed at first hearing total is $4,270.00) We will require a down payment of $350.00 to accept creditor phone calls and a total retainer of $1,400.00 to file your case. This retainer of $1,400.00 includes the $310.00 filing fee, the debt counseling/personal financial management class fee ($40.00 except if you choose to do the education over the telephone rather than online, $60.00), and the $20.00 tax transcript fee. The balance of your fee will be paid to us out of your monthly payment to the Chapter 13 Trustee.

**The services included in the flat fee for a basic *consumer* Chapter 13 case (25 or less creditors or collection agencies, no significant tax problems, no self employment) are:**

-initial client meeting
-homework package meeting(s)
-signing meeting
-preparation of petition, schedules of assets and liabilities, and statement of financial affairs
-responding to client and creditor calls and correspondence
-attendance at creditors meeting
-preparation of and hearings on two motions to avoid non-purchase money liens
-preparation of and hearings on two motions to avoid judicial liens on homestead
-preparation of responses to and hearings on objections to exemptions
-uncontested motions for relief from stay
-preparation of initial plan
-preparation of one pre-confirmation plan amendment
-review of security agreements and proofs of claim and filing objections to claims
-preparation of and hearings on objections to proofs of claim
-negotiation of plan terms with trustee and creditors
-attendance at plan confirmation hearing(s)
- motion for entry of discharge
- motion for continuation of the stay under §362(c)(3)(B)
- responses to pre-confirmation motions for relief from stay
-compliance with the requirements of §521

**Additional fees will be charged for the following:**

-credit report ($30 individual, $50 joint)
-adding creditors after the initial filing ($60 for the first creditor plus $20 for each additional creditor per amendment)
-more than 40 creditors (40 - 70, add $250; 70 - 100, add $500; 100+ we will negotiate a fee)
-more than $100,000 in unsecured debt (up to $200,000, add $500: more than $200,000, add $1000)
-more than four pre-filing meetings, including no shows or rescheduling with less than 48 hours notice ($200 each)
-dropping off your homework package without making an appointment to review it with an attorney ($200)
-filing your case on an emergency basis (without all of the required paperwork at the time of filing ($500)
-more than two motions to avoid non-purchase money liens or judicial liens on homestead ($75 each)
-motions to sell property ($400), with a motion to expedite hearing ($400 more)
-amending schedules of assets and liabilities and statement of financial affairs ($100)
-notice for a reset creditors meeting ($75)
-post-confirmation plan modifications ($450)
- defending post-confirmation motions for relief from stay for failure to make post-petition payments to creditors, let insurance lapse on collateral, or failure to make plan payments ($300)
- defending a motion to dismiss ($275)
-applications to incur debt ($200)
-adversary proceedings ($400 per hour plus expenses)
-application for tax refund to be paid to you ($250)
-motions to vacate or amend an order ($250)
-motion to reinstate dismissed case ($250)
-motion for moratorium ($200)

Our agreement to represent you in this Chapter 13 does not include filing adversary proceedings on your behalf or defending adversary proceedings filed against you. In the event an adversary proceeding is filed against you, we will negotiate our representation and fee at that time.

Our agreement to represent you in a bankruptcy case does not constitute an agreement to initiate or defend any litigation on your behalf, whether in bankruptcy court or state court.

**This agreement is not binding until it is signed by both parties and the full retainer is paid. Our offer to represent you expires if this agreement is not executed within 90 days after your consultation. If your case is not filed within 6 months of execution of this agreement, our agreement to represent you expires and we will keep the retainer for services rendered.**

The source of compensation was the Debtor(s). The source of compensation to be paid is the Debtor(s). I have not agreed to share the above described compensation with any other person, unless this client(s) was referred to us by the Lawyer Referral Service, in which case we have agreed to a 15% referral fee for all fees received over $400.00.

October 1, 2018

/s/ Michael Baumer, SB 01931920
Law Office of Michael Baumer
7600 Burnet Road, Suite 530
Austin, TX 78757

/S/Maria Alejandra Garcia
Maria Alejandra Garcia